IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 07-cr-238 |
| RODERICK WATSON | : |

## ORDER

**AND NOW**, this 6th day of May 2010, upon consideration of Defendant Roderick Watson's Addendum to the Motion to Suppress Physical Evidence (Doc. No. 60), the Government's Response in Opposition to the Addendum (Doc. No. 61), the Government's Supplemental Opposition to the Addendum (Doc. No. 88), Defendant Roderick Watson's Motion to Sever (Doc. No. 55), the Government's Omnibus Response to Defendant's Pre-Trial Motions (Doc. No. 58), the hearing held on April 14, 2010, and for the reasons stated in the Opinion dated May 6, 2010, it is **ORDERED** as follows:

1. Defendant Roderick Watson's Addendum to the Motion to Suppress (Doc. No. 61) is **DENIED**.

2. Defendant Roderick Watson's Motion to Sever (Doc. No. 55) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.