IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

RODERICK WATSON,

Defendant.

CRIMINAL ACTION
NO. 07-238

**ORDER**

**AND NOW**, this 25th day of January 2021, upon consideration of Defendant Roderick Watson's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 129) and the Government's Response to Defendant's Motion (Doc. Nos. 132), it is **ORDERED** that Defendant's Motion (Doc. No. 129) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky\_ \_ \_ \_
JOEL H. SLOMSKY, J.